$6.68
11/10/10
#7665

# LUCIEN A. MORIN, II
## CHAPTER 7 TRUSTEE
25 East Main Street
Rochester, New York 14614
Telephone: (716) 546-2500
Fax: (716) 546-7218
E-mail: zmcmw@aol.com

November 9, 2010

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
1220 U.S. Courthouse
100 State Street
Rochester, NY 14614

FILED 2010 NOV 10 PM 3:01 U.S. BANKRUPTCY COURT W.D.N.Y. - ROCHESTER

Re: Joanne M. Magliocco, BK 09-22872
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $6.68. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

__X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Claimant Strong Health | Amount $3.22 | Claims Register #3 |
| Claimant URMC - Pediatrics | Amount $1.67 | Claims Register #8 |
| Claimant University of Rochester | Amount $1.79 | Claims Register #9 |

Lucien A. Morin II, Chapter 7 Trustee

Case 2-09-22872-JCN    Doc 56    Filed 11/10/10    Entered 11/10/10 15:02:42    Desc Main
Document    Page 1 of 1