# LUCIEN A. MORIN, II
## CHAPTER 7 TRUSTEE
25 East Main Street
Rochester, New York 14614
Telephone: (716) 546-2500
Fax: (716) 546-7218
E-mail: zmcmw@aol.com

January 13, 2011


FILED January 14 2011
BANKRUPTCY COURT
ROCHESTER, NY

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
1220 U.S. Courthouse
100 State Street
Rochester, NY 14614

Re: Joanne M. Magliocco, BK 09-22872
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $6.38. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

__X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Claimant | Amount | Claims Register |
|---|---|---|
| Strong Health | $0.34 | #3 |
| Capital Recovery III | $3.72 | #6 |
| Capital Recovery III | $1.11 | #7 |
| URMC - Pediatrics | $0.18 | #8 |
| University of Rochester | $0.19 | #9 |
| Frontier Communications | $0.84 | #11 |

Lucien A. Morin II, Chapter 7 Trustee